**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MALIBU MEDIA, LLC,

                    Plaintiff,

v.                                                      Civil Action No. 3:15-cv-05404-WHA

JOHN DOE, subscriber assigned IP address
76.126.250.74,

                    Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice.   John Doe was assigned the IP address 76.126.250.74.   Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  March 18, 2016

1

Respectfully submitted,


By: _____/s/ *Brian M. Heit*_____
Brian M. Heit
Heit Erlbaum, LLP
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
Phone: 855-231-9868
Email:  brian.heit@helaw.attorney
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.


By: _/s/ *Brian M. Heit*_
Brian M. Heit